1983
JH4
NB

5:21-CV-312-RDP-JHE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2021 FEB 26  A 11: 44
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 297790

Justin Devonterrious Jones

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Correctional officer N. Neves

Correctional officer Lieber

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

　A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ✓ )     No (   )

　B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

　　1. Parties to this previous lawsuit:

　　　Plaintiff: Justin O. Jones

　　　Defendant(s): Correctional officer Deante R. Clemons

2. Court (if Federal Court, name the district; if State Court, name the county) *In the United States District Court for the Northern District of Alabama*

3. Docket number *5:20-CV-00372-MHH-JHE*

4. Name of judge to whom case was assigned *John H. England III* "United States Magistrate Judge"

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) *Still pending*

6. Approximate date of filing lawsuit *3/18/20*

7. Approximate date of disposition _____

II. Place of present confinement *Limestone Corr. 28779 Nick Davis Road - Hurtost, AL 35749*

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: *There is No prisoner grievance in Alabama Prison System But I did write A Grievance Letter to "Warden Robinson and X+Y" on 1-27-21!!*

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) _Justin Devanterious Jones_

Address _28779 Nick Davis Rd._
_Harvest, AL 35749_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _N. Neves_

Is employed as _Correctional officer_

at _Limestone Correctional facility_

C. Additional Defendants _Officer Lieber, Correctional officer, Limestone Corr. Fac._

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_Please See Attached Sheets!!_

4

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Nominal Damages - $15,000.00, Compensatory Damages - $15,000.00, Punitive Damages - $15,000.00 and Disciplinary action against Guard And Restraining order against officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-23-21

SIGNATURE

ADDRESS: Limestone Corr. Fac.
28779 Nick Davis Rd.
Harvest, AL 35749

AIS # 297490

Justin Devonterrious Jones #297490
Limestone Corr. Fac.
28779 Nick Davis Rd.
Harvest, AL 35749
Date: 2-23-21

## Statement of Claim

On 1-27-21 I wrote A prison Grievance Letter to Warden Robinson and Internal and Investigations (I+I), about A Incident that Happen on 1-26-21 at Breakfast time Round 4:00 and 5:00. Dealing with me Inmate Jones and another Inmate as well that Can Verify each and every event that took place on 1-26-21. Which is Amir Davis# 268646 another Inmate that was Inside 55 cell In C-Dorm-B-side. On 1-26-21 officer N. Neves and officer Lieber had 2 Segregation Inmates passing out Breakfast trays. One of the Breakfast trays Accidently fell off the tray flap. While my Room-mate was talking to a Seg. Inmate that was passing out trays. Officer N. Neves Approached 55 cell and unleashed a large Amount of Chemical Agent Inside our Cell while me and my Roommate was Inside of cell without penological Justification. And for the very purpose of punishment or Harm. officer Lieber was the "Bystander" that saw the whole Incident And Came and Closed our tray flap After officer N. Never Sprayed the Chemical Agent Inside of Cell. Some mins Later officer Neves and officer Lieber returned back to 55 cell and Informed me and my Roommate Amir Davis #268646 to Cuff up to Remove us from Cell. After we was placed in Handcuffs, they Removed me and Roommate from 55 Cell and placed Both of us Inside C-Dorm/B-side shower. Officer Neves and officer Lieber Both Denied us Medical Attention/Body Chart and the opportunity to Speak with a Supervisor that night. While me and Room-mate was inside of Shower, officer Neves approached us and

Apologized for "Jumping the Gun". This was witnessed by Inmate Amir Davis #268846 and an Inmate that was in 39 Cell at the Day and time of Incident. After me and Roommate Showered the 2 officers placed us Back Inside of 55 cell. All of this is Recorded on the Cameras Stationed in the Housing unit C-Dorm/B-side of the Dorm. Officer N. Neves violated my Constitutional Rights to Be protected from Cruel and unusual punishment the 8th Amendment. And officer Lieber is to be held liable for his nonfeasance, Because he failed to take reasonable steps to protect me and Roommate from another officer use of excessive force. And Also I have not heard any response from the Warden or I&I that I have wrote Grievance to about Incident.

Also the Reason I went Ahead and wrote Complaint Today on 2-23-21, Was Because at Shower time In Segregation in C-Dorm/B-side, officer N. Neves personally pulled up at my Shower After they took me out of 76 Cell B-side, Because I did Get out of Lock-up, But Returned Back to Lock-up on 2-22-21 for an Investigation pending. And Clearly Stated "You No that Incident that happen when you was in 55 cell, I Spoke to Captain E. Pickens about it and told him I Dont what the Fuck you and your Roomate was talking about"... And officer N. Neves Started laughing and Walked away. And this was on 2-23-21, which I am Going to write Captain pickens and Notify him about Recent Incident, About A officer talking about he lied about a Incident not taking place. And if officer N. Neves would have Never made that Statement about talking to Captain pickens about Incident and lieing about Incident, I would have Never Now that Capt. pickens

talked to officer N. Neves about the Incident that happen on 1-26-21. But on 2-23-21 I Guess officer N. Neves was trying to ~~[scratched out]~~ Be Smart about what happen on 1-26-21 and slipped up and told me that Capt. Pickens was the one Investigated him about Incident and by him telling Capt. Pickens that he don't anything about Incident, I Guess Capt. Pickens Did investigate any further, Because I never wrote Capt. Pickens about Incident, only wrote the warden and I & I, But by officer Neves telling me that Info on 2-23-21, thats how I no Capt. Pickens was the one who talked to officer Neves about Incident.!! And I am writing Capt. Pickens to Inform him about officer Neves actions as a Correctional officers!

[Signature] #297890



FIRST-CLASS

US POSTAGE $000.51⁰
FEB 25 2021
MAILED FRM ZIP CODE 35749

United States District Court
Office of the Clerk
Northern District of Alabama (Room 140)
United States Courthouse
1729 5th Avenue north
B'ham, AL 35203

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department ~~~ is not responsible ~~~ or content of the enclosed communications.

SECURITY
FEB 26 2021
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Justin O. Jones #297490
25739 Nick Davis Rd.
Harvest, AL 35749

"Legal Mail"