UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN DEVONTERRIOUS JONES,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:21-cv-00312-RDP-JHE |
| **N. NEVE, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff Justin Devonterrious Jones filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). On January 24, 2023, the Magistrate Judge entered a Report and Recommendation recommending the Defendants' motion for summary judgment be granted in part and denied in part. (Doc. 26). The Magistrate Judge recommended that the court grant Defendants' motion for summary judgment as to Jones's claims against them in their official capacities for monetary relief and his Eighth Amendment medical claims. (Doc. 26). The Magistrate Judge further recommended that the court deny Defendants' motion for summary judgment as to Jones's Eighth Amendment excessive force claim against Defendant Neve, and his Eighth Amendment failure to protect/intervene claim against Defendant Lieber. (Doc. 26). Also, the Magistrate Judge recommended that the court deny Jones's requests for injunctive relief. (Doc. 26). Although the court advised the parties of their right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation.

Consistent with that Recommendation, it is **ORDERED** that Defendants' motion for summary judgment is **GRANTED** as to Jones's claims against them in their official capacities for monetary relief and Jones's Eighth Amendment medical claims.  It is **FURTHER ORDERED** that Defendants' motion for summary judgment is **DENIED** as to Jones's Eighth Amendment excessive force claim against Defendant Neve and his Eighth Amendment failure to protect/intervene claim against Defendant Lieber.  This matter is **REFERRED** to the Magistrate Judge for further proceedings.

    **DONE** and **ORDERED** this February 23, 2023.

                                                                  **R. DAVID PROCTOR**
                                                                UNITED STATES DISTRICT JUDGE